UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FREDONNA MCCLELLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 20-cv-163-KAC-SKL |
| | ) |
| ANDREW SAUL | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On August 7, 2020, Magistrate Judge Susan K. Lee filed a Report and Recommendation [Doc. 3] recommending that the Court deny Plaintiff's Application to Proceed *in Forma Pauperis* ("IFP") [Doc. 2]. Neither party filed an objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 3] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** that Plaintiff's application to proceed IFP is **DENIED**.

IT IS SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge